# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DARBI BODDY, | : | Case No. 3:24-cv-327 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MARY GRECH, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court upon Defendants' Emergency Motion to Compel Discovery Responses (Doc. #11). The undersigned held a teleconference regarding Defendants' Motion on January 3, 2025, during which the parties were able to resolve their discovery dispute. Accordingly, Defendants' Motion (Doc. #11) is hereby **DENIED**.

However, as discussed during the teleconference, Plaintiff shall produce the two additional videos of the School Board Meeting in her possession as well as any documents Plaintiff relied upon or referenced in her October 14, 2024 speech before the School Board by **5:00 p.m.** on **January 4, 2025**. Moreover, the parties agree that Plaintiff's exhibits for the January 6, 2025 Hearing will be limited to those previously identified by Plaintiff (or referenced in this Order).

**IT IS SO ORDERED.**

January 3, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge